IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANTHONY J. HAYES and
LATASHA DAVIS HAYES                                     PLAINTIFFS

VS.                                            CIVIL ACTION NO. 3:06-cv-00487-HTW-LRA

USAA; ABC COMPANIES;
JOHN DOES A-G; and JANE DOES A-G                          DEFENDANTS

## **AGREED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

THIS CAUSE having come on for hearing on motion of USAA to dismiss the Plaintiff's cause of action, and this Court, having considered the same and being fully advised in the premises and it appearing that the Plaintiff is not opposed to this motion, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed without prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 31st day of October, 2006.

                                                        s/ HENRY T. WINGATE

                                                        CHIEF UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

s/ J. Howard Thigpen
J. HOWARD THIGPEN – BAR #99690
Attorney for Anthony J. Hayes and
        Latasha Hayes

s/ Gerald L. Kucia
GERALD L. KUCIA – BAR # 8716
Attorney for USAA